THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Patrick Mark
 Jenkins,        Appellant.
 
 
 

Appeal From York County
Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No.
2005-UP-484
Submitted August 1, 2005  Filed August 15, 2005  

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney
 Wanda H. Carter, Office of Appellate Defense, of Columbia, for
 Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, of Columbia; and
 Solicitor Thomas E. Pope of York, for Respondent.
 
 
 

PER CURIAM:  Patrick
Mark Jenkins appeals his conviction for two counts of obtaining property under
false pretenses and two counts of possession of stolen goods.  He maintains
the trial court erred in admitting the substance of his co-defendants
statement into evidence at trial.  Additionally, Jenkins filed a pro
se brief in which he argues discrepancies in the mobile homes serial
numbers presented at trial justifies overturning his conviction. After a
thorough review of the record, counsels brief, and Jenkinss pro se
brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Jenkinss
appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, HUFF, and WILLIAMS, JJ.,
concur.   

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.